IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRUMAN HARMON,

    Petitioner,                    CASE NO. 2:08-CV-1165
                                       JUDGE MARBLEY
    v.                             MAGISTRATE JUDGE ABEL

EDWIN VOORHIES, Warden,

    Respondent.

## OPINION AND ORDER

On June 30, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                      s/Algenon L. Marbley
                                               ALGENON L. MARBLEY
                                               United States District Judge