**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**TRUMAN HARMON,**

    Petitioner,                              **CASE NO. 2:08-CV-1165**
                                                    **JUDGE MARBLEY**
    v.                                    **MAGISTRATE JUDGE ABEL**

**EDWIN VOORHIES, Warden,**

    Respondent.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the October 28, 2010 Opinion and Order. The Court ADOPTS AND AFFIRMS the Report and Recommendation. This action is DISMISSED.

Date: **October 28, 2010**                        **James Bonini, Clerk**

                                                               s/Betty L. Clark
                                                           Betty L. Clark/Deputy Clerk